| | | | |
|---|---|---|---|
| C.D.R. v. S.B.R. | 753 MDA 2016<br>Vacated and<br>Remanded | 02/23/2017 | 2015–1780<br>(Franklin) |
| C.D.R. v. S.B.R. | 869 MDA 2016<br>Vacated and<br>Remanded | 02/23/2017 | 2015–1780<br>(Franklin) |
| Com. v. Geier | 881 MDA 2016<br>Affirmed | 02/23/2017 | CP–14–CR–0000412–<br>2015<br>CP–14–CR–0000885–<br>2015<br>(Centre) |
| D.D. v. K.M.M.–D. | 1223 MDA 2016<br>Affirmed | 02/23/2017 | 2016–00015<br>(Luzerne) |
| Com. v. Fee | 576 WDA 2016<br>Affirmed | 02/23/2017 | CP–20–CR–0000322–<br>2015<br>(Crawford) |
| Finkle Distributors v. Herzog | 863 WDA 2016<br>Quashed | 02/23/2017 | 2009 AD 10148<br>(McKean) |
| Com. v. Drummond | 1998 EDA 2015<br>Affirmed | 02/24/2017 | CP–51–CR–0004390–<br>2013<br>(Philadelphia) |
| Com. v. Thomas | 2618 EDA 2015<br>Affirmed | 02/24/2017 | CP–51–CR–0014836–<br>2012<br>(Philadelphia) |
| Com. v. Gerald | 2621 EDA 2015<br>Affirmed | 02/24/2017 | CP–51–CR–0014837–<br>2012<br>(Philadelphia) |
| Com. v. Bradley | 3045 EDA 2015<br>Affirmed | 02/24/2017 | CP–51–CR–0001873–<br>2008<br>(Philadelphia) |
| Com. v. Briscoe | 740 EDA 2016<br>Affirmed | 02/24/2017 | CP–51–CR–0012317–<br>2014<br>(Philadelphia) |
| Com. v. Rosa | 969 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/24/2017 | CP–48–CR–0000496–<br>2014<br>(Northampton) |
| Solan v. Silverman | 1379 EDA 2016<br>Affirmed | 02/24/2017 | No. 2007–05125–30–7<br>(Bucks) |
| Com. v. Hazzard | 1634 EDA 2016<br>Affirmed | 02/24/2017 | CP–23–CR–0001412–<br>2015<br>(Delaware) |
| A.K.–D. v. D.E.D. | 2265 EDA 2016<br>Affirmed and<br>Remanded | 02/24/2017 | 2013–29598<br>(Montgomery) |
| M.R. v. D.D. | 2275 EDA 2016<br>Affirmed | 02/24/2017 | 1606V7837<br>(Philadelphia) |
| Com. v. Jones | 105 MDA 2016<br>Affirmed | 02/24/2017 | CP–67–CR–0007227–<br>2014<br>(York) |